SAM S. FOX, Respondent, v. NATIONAL HOSPITAL MEAT CORP., INC., and Others, Appellants.— Order entered January 16, 1935, so far as appealed from, affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin

P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley, J., dissents and votes to modify by excluding items 13, 14 and 15. The date for the examination to proceed to be fixed in the order. Settle order on notice.